## DUGGS *v.* PRATHER.

FISH, J.    The writ of error in this case being from the city court of Americus, it is, under the decision in *Monford* v. *State*, this day rendered, dismissed for want of jurisdiction in this court to entertain it.

*Writ of error dismissed.    All the Justices concurring.*

Argued January 3, — Decided February 4, 1902.

Motion to dismiss the writ of error.

*J. R. Williams,* for plaintiff in error.
*J. N. Scarborough* and *Shipp & Sheppard,* contra.

---

## DANIEL *v.* SCARBOROUGH.

LUMPKIN, P. J.    Under the ruling announced by this court in the case *Monford* v. *State*, this day decided, the Supreme Court has no jurisdiction of a writ of error from the city court of Americus, as constituted on the 11th day of July, 1901.            *Writ of error dismissed.    All the Justices concurring.*

Argued January 3, — Decided February 4, 1902.

Motion to dismiss the writ of error.

*J. R. Williams,* for plaintiff in error.    *Blalock & Cobb,* contra.

---

## MASON *v.* THE STATE.

LEWIS, J.    No error of law was complained of.    The evidence warranted the verdict, and the court below did not err in refusing to grant a new trial.

*Judgment affirmed.    All the Justices concurring.*

Submitted January 22, — Decided February 4, 1902.

Indictment for misdemeanor.    Before Judge Evans.    Washington superior court.    October 5, 1901.

*J. A. Robson,* for plaintiff in error.
*B. T. Rawlings, solicitor-general,* contra.